UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMY BROWN,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

Case No. 1:23-cv-920

HON. HALA Y. JARBOU

## **ORDER**

Plaintiff seeks judicial review of a decision of the Commissioner of the Social Security Administration. 42 U.S.C. § 405(g). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on July 22, 2024, recommending that this Court vacate the Commissioner's decision and remand for further administrative action pursuant to sentence four of 42 U.S.C § 405(g). The Report and Recommendation was duly served on the parties. No objections have been filed and the time for filing them has expired. *See* 28 U.S.C. § 636(b)(1).

In addition, the parties have stipulated to an award of attorney's fees and costs (ECF No. 13). The Court has reviewed the stipulation and finds the award to be reasonable. Therefore,

**IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 12) is **APPROVED** and **ADOPTED** as the opinion of the Court.

A judgment will enter consistent with this Order.

Dated: August 7, 2024

    /s/ Hala Y. Jarbou
    HALA Y. JARBOU
    CHIEF UNITED STATES DISTRICT JUDGE